UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, INC.; INTERMOUNTAIN FAIR HOUSING COUNCIL; and NORTHWEST FAIR HOUSING ALLIANCE,<br><br>                Plaintiffs,<br><br>  v.<br><br>RUDEEN DEVELOPMENT, LLC; RIVERVIEW VENTURE, LLC; BENTLEY APARTMENTS I, LLC; MIRABOLANTE APARTMENTS, LLC; THE VILLAS AT RIVER VIEW, LLC; and RUDEEN MANAGEMENT, CO., INC,<br><br>                Defendants. | No.   2:15-CV-0075-SMJ<br><br>**ORDER DISMISSING CASE** |

On November 10, 2015, the parties filed a stipulated dismissal, ECF No. 45, under Federal Rule of Civil Procedure 41(a).

//

//

//

//

ORDER **-** 1

**Accordingly**, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Dismissal, **ECF No. 45**, is **GRANTED.**

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of November 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2015\National Fair Housing Alliance, Inc. et al v. Rudeen Development, LLC et al-0075\stip.dismiss.lc2.docx

ORDER **-** 2